IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01270-BNB

ALBERT JOEL ABEYTA,

    Plaintiff,

v.

C/O CHAD FRANCIS,
SGT. MERLE SUMMERFIELD, and
FREMONT MEDICAL FACILITY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2008

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff, Albert Joel Abeyta, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. He initiated this action by submitting *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on June 13, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Abeyta to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The June 13, 2008, order pointed out that the names in the caption to Mr. Abeyta's complaint did not match the names listed in the text of the complaint. The

June 13 order also pointed out two violations of the Local Rules of Practice for this Court, i.e., the text of the complaint should only be printed on one side of the page and all papers must be legible. The order warned Mr. Abeyta that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice.

On July 1, 2008, Mr. Abeyta submitted two different, amended, prisoner complaints. Therefore, he has failed within the time allowed to cure the deficiencies listed in the June 13, 2008, order within the time allowed. Accordingly, it is

ORDERED that the amended complaints and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 23 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01270-BNB

Albert Joel Abeyta
Prisoner No. 119057
Fremont Correctional Facility
PO Box 999 - CH8-105N
Cañon City, CO 81215- 0999

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on __7/24/08__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk